IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE HAMILTON,

    Petitioner,                    No. CIV S 05-1761 DFL GGH P

    vs.

J.S. WOODFORD,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a civil rights complaint and an in forma pauperis application pursuant to the court's order of October 6, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's October 28, 2005 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a civil rights complaint and a completed in forma pauperis application/affidavit.

DATED: 11/8/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
hami1761.111