IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE HAMILTON,

       Petitioner,                       No. CIV S-05-1761 DFL GGH P

   vs.

J. S. WOODFORD,

       Respondent.                   <u>ORDER</u>

_____/

       Petitioner has requested an extension of time until December 26, 2005 to file objections to the November 2, 2005 findings and recommendations. Petitioner seeks an extended length of time without providing an adequate basis for such a request. Petitioner's request will, therefore, be only partially granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Petitioner's November 18, 2005 request for an extension of time to file his objections to the November 2, 2005 findings and recommendations is partially granted;

       2. Petitioner's objections must be filed by no later than December 7, 2005; and

       3. There will be no further extension of time.

DATED: 11/30/05                             /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
hami1761.111(obj)