IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE HAMILTON,

    Petitioner,                      No. CIV S-05-1761 DFL GGH P

    vs.

J.S. WOODFORD,

    Respondent.                     <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file a new civil rights complaint and in forma pauperis application/affidavit pursuant to the court's orders of October 6, 2005 and November 9, 2005. Petitioner purports to be having difficulty in gaining cooperation from prison staff in order to have his in forma pauperis affidavit filed. If this difficulty persists, petitioner, as plaintiff, should nevertheless file his civil rights complaint and inform the court at that time precisely who continues to deny the processing of plaintiff's in forma pauperis application, when it is denied and for what reason.

        IT IS HEREBY ORDERED that:

        1. Petitioner's December 14, 2005 request for an extension of time is granted;

        2. Petitioner, as plaintiff, is granted thirty days from the date of this order in which to file a new civil rights complaint and in forma pauperis application/affidavit;

3. Should petitioner/plaintiff encounter further difficulties with regard to processing his in forma pauperis application, he should so inform the court as set forth above.

4. There will be no further extension of time granted for the filing of his civil rights complaint.

DATED: 12/21/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
hami1761.111sec