IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE HAMILTON,

    Petitioner,                         No. CIV S-05-1761 DFL GGH P

    vs.

J. S. WOODFORD,

    Respondent.                       <u>ORDER</u>

                        /

        On October 24, 2005, petitioner filed a request for reconsideration of the magistrate judge's order filed October 6, 2005, dismissing petitioner's "ex parte emergency petition for writ of habeas corpus."  The magistrate judge considered that petitioner challenged the conditions of confinement, and, therefore, that the proper form of action was by a civil rights complaint.  Leave to amend was granted.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 6, 2005, is affirmed.

////

////

1  DATED: 6/9/2006

2

3

4                                              _____
                                                DAVID F. LEVI
5                                               United States District Judge

6

7  /hami1761.850