1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE HAMILTON,

11           Petitioner,                    No. CIV S-05-1761 DFL GGH P

12       vs.

13   J. S. WOODFORD,

14           Respondent.          <u>ORDER</u>

15   _____/

16       On August 23, 2006, petitioner/plaintiff[1] filed a request for reconsideration of the

17   magistrate judge's order filed August 14, 2006, denying petitioner/plaintiff's request to vacate

18   the June 21, 2006, findings and recommendations and denying his request for an extension of

19   time to file objections to those findings and recommendations.  Pursuant to E.D. Local Rule 72-

20   303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."

21   Upon review of the entire file, the court finds that it does not appear that the magistrate judge's

22   ruling was clearly erroneous or contrary to law.

23   /////

24   _____

25       [1] This action, originally and erroneously filed as a habeas application, was dismissed with
     leave granted petitioner, as plaintiff, to file a civil rights action which, despite generous
26   extensions of time, petitioner/plaintiff failed to do.

                                          1

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

2 magistrate judge filed August 14, 2006, is affirmed, the findings and recommendations filed June

3 21, 2006, are adopted, and this action is dismissed.

4 DATED:  December 12, 2006

5              /s/ David F. Levi
                UNITED STATES DISTRICT JUDGE

6

7 /hami1761.850

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26